THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GALINA VOVK and VLADIMIR VOVK,<br><br>Plaintiffs,<br><br>v.<br><br>BAC HOME LOANS SERVICING, L.P., a foreign limited liability company; RECONTRUST COMPANY, N.A., a foreign national association; COUNTRYWIDE BANK, FSB, a foreign federal savings bank; and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a foreign company,<br><br>Defendants. | No. CV-09-01710-TSZ<br><br>ORDER GRANTING DEFENDANTS' MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(6)<br><br>NOTE ON MOTION CALENDAR: FEBRUARY 26, 2010 |

Upon consideration of the Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6) and Supporting Memorandum, and Declaration of Andrew G. Yates in Support of Motion to Dismiss and exhibits thereto, filed by Defendants BAC Home Loans Servicing, LP ("BAC"), Bank of America, N.A. as successor to Countrywide Bank, FSB ("Countrywide"), and ReconTrust Company, N.A. ("Recon"), (collectively, "Defendants") in the above-captioned matter, along with Plaintiffs' response thereto, IT IS HEREBY ORDERED that Defendants' Motion is GRANTED. All claims in Plaintiffs' Complaint are hereby DISMISSED WITH PREJUDICE pursuant to Fed. R. Civ. P. 12(b)(6).

ORDER GRANTING DEFENDANTS' MOTION
TO DISMISS COMPLAINT - 1
CASE No. CV-09-01710-TSZ
116589.0156/1801248.1

**LANE POWELL** PC
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
206.223.7000 FAX: 206.223.7107

| | |
|---|---|
| 1 | IT IS SO ORDERED. |
| 2 | DATED this 1st day of March, 2010. |

*[signature: Thomas S. Zilly]*

Thomas S. Zilly
United States District Judge

Presented by:

LANE POWELL PC

By s/ Andrew G. Yates
    John S. Devlin III, WSBA #23988
    Andrew G. Yates, WSBA #34239
Attorneys for Defendants BAC Home Loans Servicing LP, ReCon Trust Co., Countrywide Bank FSB

ORDER GRANTING DEFENDANTS' MOTION
TO DISMISS COMPLAINT - 2
CASE No. CV-09-01710-TSZ
116589.0156/1801248.1